SWD 5/13/03 10:05

3:03-CV-00935 TRI V. KPMG CONSULTING INC

*2*

*PHVGR.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS G. TRI,<br><br>Plaintiff,<br>v.<br><br>KPMG CONSULTING, INC., BEARINGPOINT, INC.; GEORGE MURPHY and DOES 1 through 10, Inclusive,<br><br>Defendant | Case No. 03 CV 0935 W (LSP)<br><br>**PRO HAC VICE APPLICATION**<br>BearingPoint, George Murphy and Does 1-10<br>Party Represented |

FILED
MAY 13 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

I, Christina Volzer Bailey hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

| | |
|---|---|
| My residence address and phone number are: | 3838 N. Dittmar Road, Arlington, Virginia 22207<br>(703) 533-1608 |
| My firm name is: | McGuire Woods LLP |
| My office address and phone number are: | 1750 Tysons Boulevard, Suite 1800, McLean, Virginia 22102<br>(703) 712-5486 |

That on October 9, 1997, I was admitted to practice before the Supreme Court of Virginia; and am currently in good standing and eligible to practice in said court; that on February 11, 1999, I was admitted to practice before the District of Columbia Court of Appeals; and am currently in good standing and eligible to practice in said court; that on January 23, 1998, I was admitted to practice before the United States District Court for the Eastern District of Virginia; and am currently in good standing and eligible to practice in said court; that on October 2, 2000, I was admitted to practice before the United States District Court for the District of Columbia; and am currently in good standing and eligible to practice in said court; that on March 24, 1998, I was admitted to practice before the United States Court of Appeals for the Fourth Circuit; and am currently in good standing and eligible to practice in said court.

That I am not currently suspended or disbarred in any other court:

That I have not concurrently or within the year preceding this application made any pro hac vice application to this court.

I declare under penalty of perjury that the foregoing is true and correct.

Christina Volzer Bailey
(Signature of Applicant)

2

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

John D. Klinedinst
Chris Garber
Klinedinst Attorneys at Law
The Koll Center, 501 West Broadway, Suite 600
San Diego, California 91010

Christina Vogue Bailey
Signature of Applicant

I hereby consent to the above designation.

Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

W. Samuel Hamrick, Jr.
Clerk of Court

By Deputy Clerk

RECEIVED
MAY 12 2003
Received $80.00 for Court Library fee
By $80 93892 Deputy Clerk

**Pro Hac Vice** (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may

readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**<u>Fee</u>:** $80.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last know address as follows:

Thomas R. Gills, Esq.
THE GILL GROUP - A.P.C.
9663 Tierra Grande Street, Suite 101
San Diego, California 92126
Attorney for Plaintiff **Denis G. Tri**

San Diego, CA this 12th day of May, 2003.

Christy L. Wendte

272-2001